IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HAMILTONHAUSEY, | No. C 18-6179 WHA (PR) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT** |
| v. | |
| JILL LEWIS, | |
| Defendant. | |

Plaintiff, a California state prisoner at San Quentin State Prison, filed this pro se civil rights case under 42 U.S.C. § 1983. On July 31, 2019, defendant was ordered to file a motion for summary judgment or other dispositive motion within 63 days, or, before that date, to inform the court that she is of the opinion that this case cannot be resolved by summary judgment. More than 63 days have passed, and defendant has failed to comply with that deadline without explanation. Defendant has filed an answer, but that too appears to be untimely; defendant has not explained this delay either. Defendant has also not requested an extension of either deadline.

Within **7 days** of the date this order is filed, defendant shall show cause for her failure to comply with the court's order and to timely answer the Second Amended Complaint, and shall show cause why default judgment should not be entered against her. Failure to do so may result in the striking of defendant's answer, the entry of a default judgment, or both.

IT IS SO ORDERED.

Dated: October 23, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE